

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Reynaldo C Tagle, Plaintiff,

vs.

City of Richmond, Richmond Ca, Defendant(s).

CASE NO. CV 08 0861

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

   Address 2828 Point Arena Ct.

   City, State & Zip Code Antioch Ca 94531

   Phone (925) 754-2028

2. Defendant is located at:

   Address 1401 Marina Way South

   City, State & Zip Code Richmond Ca 94801

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                         - 1 -

1  c. __ Failure to promote me.
2  d. __ Other acts as specified below.

3  _____
4  _____
5  _____
6  _____
7  _____
8  _____

9  5.  Defendant's conduct is discriminatory with respect to the following:
10   a. ✓ My race or color.
11   b. __ My religion.
12   c. __ My sex.
13   d. ✓ My national origin.
14   e. __ Other as specified below.
15  _____

16  6.  The basic facts surrounding my claim of discrimination are:
17  I was terminated because of what happened
18  during my off time. I was told that we
19  "Filipinos" are coming to this country to
20  take high paying jobs and I should go
21  back to my country where I came
22  from. The Director of Public Works with
23  the city of Richmond told me this.
24  _____

25  7.  The alleged discrimination occurred on or about  5/29/06  .
26                                                        (DATE)

27  8.  I filed charges with the Federal Equal Employment Opportunity Commission (or the
28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -


1  discriminatory conduct on or about __5/29/06__ .
2                                        (DATE)
3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about _____ .
5                                        (DATE)
6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7        Yes ✓   No ____
8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

10
11  DATED: __2/8/08__                    _____
12                                        SIGNATURE OF PLAINTIFF
13
14  *(PLEASE NOTE: NOTARIZATION*           REYNALDO C. TAGLE
15  *IS NOT REQUIRED.)*                    PLAINTIFF'S NAME
16                                         (Printed or Typed)

Form-Intake 2 (Rev. 4/05)              - 3 -

EEOC Form 161 (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | REYNALDO C. TAGLE<br>2828 Point Arena Court<br>Antioch, CA 94531 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2007-05075 | Alexis Durbin,<br>State & Local Coordinator | (415) 625-8813 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_(signature)_   NOV 16 2007

H. Joan Ehrlich,
District Director

Enclosures(s)   (Date Mailed)

cc: RICHMOND, CITY OF
1401 Marina Way South
Richmond, CA 94801