Reynaldo C. Tagle
2828 Point Arena Ct.
Antioch, CA 94531

FILED
08 FEB -8 AM 10: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reynaldo C. Tagle, Plaintiff,

vs.

City of Richmond, Defendant.

CASE NO. 08 0861

APPLICATION TO PROCEED
IN FORMA PAUPERIS

JL

I, **Reynaldo Tagle**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?       Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)              - 1 -

1 and wages per month which you received.
2 _Unemployment $ 450.- twice a month_
3 _____
4 _____

5 2.   Have you received, within the past twelve (12) months, any money from any of the
6 following sources:
7    a.   Business, Profession or              Yes ___ No ✓
8         self employment?
9    b.   Income from stocks, bonds,           Yes ___ No ✓
10        or royalties?
11   c.   Rent payments?                       Yes ___ No ✓
12   d.   Pensions, annuities, or              Yes ___ No ✓
13        life insurance payments?
14   e.   Federal or State welfare payments,   Yes ___ No ✓
15        Social Security or other govern-
16        ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21 3.   Are you married?                       Yes ✓ No ___
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _State of California Board of Equalization_
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ _3,200.00_        Net $ _1,900.00_
26 4.   a.   List amount you contribute to your spouse's support:$ _500.00_
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)          - 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

1. Ray C.        12
2. Brian J.      8

5.  Do you own or are you buying a home?    Yes ✓  No ____
Estimated Market Value: $ 440,000.00   Amount of Mortgage: $ 2,154.0

6.  Do you own an automobile?    Yes ____  No ____
Make Ford    Year 1977    Model Truck F-150
Is it financed? Yes ____ No ✓  If so, Total due: $ _____
Monthly Payment: $ N/A

7.  Do you have a bank account?  Yes ✓  No ____ (Do not include account numbers.)
Name(s) and address(es) of bank: Washington Mutual Bank
Lonetree Way Antioch CA
Present balance(s): $ _____
Do you own any cash? Yes ____ No ____ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ____  No ✓
_____

8.  What are your monthly expenses?
Rent: $ 2,000.00          Utilities: 500.00
Food: $ 500.00            Clothing: 0-0
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| None | $ | $ |
| None | $ | $ |
| None | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)
_____

Form-Intake 3 (Rev. 4/05)          - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____N/A_____
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  2/8/08                                    [signature]
12        DATE                               SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                - 4 -