## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:45-10:47 ( 02 min)
Date: **May 14, 2008**

Case No: **C0-  JL**

Case Name: **Reynaldo Tagle v. City of Richmond**

Plaintiff  Attorney(s): not present
Defendant Attorney(s):not present
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                            **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - not held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Off calendar.  Court to reschedule CMC in June**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:**
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen,