IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO TAGLE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF RICHMOND,<br><br>    Defendant.<br>_____ / | No. C 08-0861 WHA<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    For the reasons stated in Magistrate Judge Larson's referral for reassignment with recommendation dated January 29, 2009, plaintiff's application to proceed in forma pauperis is **DENIED**.

    **IT IS SO ORDERED.**

Dated: February 17, 2009

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE