1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO C. TAGLE,

         Plaintiff,

  v.

CITY OF RICHMOND,

         Defendant.

_____/

No. C 08-00861 WHA

**ORDER TO SHOW CAUSE**

     Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution, lack of service and failure to attend the case management conference on July 16, 2009.  Please submit your response by **JULY 31, 2009**.

     **IT IS SO ORDERED.**

Dated:  July 16, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE