IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO C. TAGLE,

        Plaintiff,

  v.

CITY OF RICHMOND,

        Defendant.

                                                /

No. C 08-00861 WHA

**ORDER DISMISSING CASE**

       Plaintiff Reynaldo Tagle filed a complaint in this action on February 8, 2008. Since filing the complaint and motion to proceed *in forma pauperis*, plaintiff has taken no action in this case. He has not served defendant. Nor did he appear for the case management conference on July 16, 2009. An order dated July 16, 2009 ordered plaintiff "to show cause why this case should not be dismissed for lack of prosecution, lack of service, and failure to attend the case management conference" (Dkt. No. 12). Although plaintiff's response was due on July 31, 2009, a response was not submitted. Plaintiff has completely failed to prosecute this action. Accordingly, this action is hereby **DISMISSED**.

     **IT IS SO ORDERED.**

Dated: August 5, 2009.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE